*Tuesday, October 15, 1991*
## MERIT DOCKET

**91–1871.** State, ex rel. Phillips, v. Lorain Cty. Bd. of Elections. In Prohibition. Writ denied consistent with the opinion to follow.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., dissents.

## REHEARING DOCKET

**91–382.** State, ex rel. Pheils, v. Bates. *Lucas County,* No. L–91–022. Reported at 62 Ohio St.3d 6, 577 N.E.2d 347.

On motion for rehearing. Rehearing granted; briefing to proceed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

*Monday, October 21, 1991*
## MOTION DOCKET

**89–2128.** State v. Jackson. *Cuyahoga County,* No. 55758. This court received notification from the Supreme Court of the United States that said court on October 7, 1991, entered an order in No. 90–8165, *Andre Jackson v. Ohio,* which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on April 5, 1991, was conditioned upon final disposition of said petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered such final disposition of said petition,

IT IS ORDERED that said stay is hereby terminated as of the date of this entry, October 17, 1991.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, the 15th day of January, 1992, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.